001-090-00

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

CHERYL J. HOWELL,                    )
          Plaintiff                  )
                                     )
v.                                   )          No: 1-04-1324 T/An
                                     )
ALLEN STRICKLAND, JANE DOE,          )
TOMMY RILEY AND MCNAIRY COUNTY       )
          Defendant(s)               )

---

### RULE 16(b) SCHEDULING ORDER

---

Pursuant to the Scheduling conference set by written notice, the following dates are established as the final dates for:

**INITIAL DISCLOSURES (RULE 26(a)(1)):**
　　　September 13, 2005

**JOINING PARTIES:**
　　　For Plaintiff:　　October 31, 2005
　　　For Defendant:　　November 15, 2005

**AMENDING PLEADINGS**
　　　For Plaintiff:　　October 31, 2005
　　　For Defendant:　　November 15, 2005

**COMPLETING ALL DISCOVERY:**　　　March 17, 2006

　　　(a)　　**REQUESTS FOR PRODUCTION, INTERROGATORIES and REQUESTS FOR ADMISSIONS:**　　　March 17, 2006

　　　(b)　　**EXPERT DISCLOSURE (RULE 26(a)(2)):**
　　　　　(i)　　Plaintiff's Experts:　　　　　　　January 16, 2006
　　　　　(ii)　　Defendant's Experts:　　　　　　February 15, 2006
　　　　　(iii)　　Supplementation under Rule 26(e)(2):　　March 1, 2006

　　　(c)　　**DEPOSITIONS OF EXPERTS:**　　　March 17, 2006

**FILING DISPOSITIVE MOTIONS:**　　　April 10, 2006

**FINAL LIST OF WTINESSES AND EXHIBITS (Rule 26(a)(3)):**
　　　(a)　　for Plaintiff:　　May 26, 2006
　　　(b)　　for Defendant: June 9, 2006

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on ___8/30/05___

12

Parties shall have <u>10</u> days after service of final lists of witnesses and exhibits to file objections under Rule 26 (a)(3).

The trial of this matter is expected to last two to three days and is **SET** for **JURY TRIAL** on **MONDAY, JULY 10, 2006** at 9:30 A.M. A joint pre-trial order is due on **FRIDAY, June 23, 2006** In the event the parties are unable to agree on a joint pre-trial order, the parties must notify the court at least ten days before trial.

**OTHER RELEVANT MATTERS**:

Interrogatories, Requests for Production and Requests for Admissions must be submitted to the opposing party in sufficient time for the opposing party to respond by the deadline for completion of discovery. For example, if the FRCP allow 30 days for a party to respond, then the discovery must be submitted at least 30 days prior to the deadline for completion of discovery.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or service of the response, answer, or objection which is the subject of the motion if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or any objection to the default, response, or answer shall be waived.

The parties are reminded that pursuant to Local Rule 7(a)(1)(A) and (a)(1)(B), all motions, except motions pursuant to FRCP 12, 56, 59, and 60, shall be accompanied by a proposed Order and a Certificate of Consultation.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties may consent to trial before the Magistrate Judge. The Magistrate Judge can normally provide the parties with a definite trial date that will not be continued unless a continuance is agreed to by all parties, or an emergency arises which precludes the matter from proceeding to trial.

The parties are encouraged to engage in court-annexed attorney mediation or private mediation on or before the close of discovery

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this Order will not be modified or extended.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: _August 22, 2005_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in
case 1:04-CV-01324 was distributed by fax, mail, or direct printing on
August 30, 2005 to the parties listed.

---

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Bradley G. Kirk
CARTER STANFILL & KIRK
25 Natchez Trace Dr.
Lexington, TN 38351

Michael R. Hill
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

Brandon O. Gibson
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Honorable James Todd
US DISTRICT COURT