IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| CHERYL HOWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.   04-1324 T/An |
| | ) |
| ALLEN STRICKLAND, et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER GRANTING MOTION TO AMEND COMPLAINT

Before the Court is Plaintiff's Motion to Amend Complaint filed on October 31, 2005.

For good cause shown and because Defendants failed to file a response, Plaintiff's Motion is

**GRANTED.**[1]

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: November 23, 2005

---

[1] A copy of the proposed Amended Complaint should be filed with the Motion to Amend Complaint but the Court has decided to grant the Plaintiff's Motion despite the oversight.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 1:04-CV-01324 was distributed by fax, mail, or direct printing on November 28, 2005 to the parties listed.

---

Brandon O. Gibson
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Bradley G. Kirk
CARTER STANFILL & KIRK
25 Natchez Trace Dr.
Lexington, TN 38351

Michael R. Hill
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Honorable James Todd
US DISTRICT COURT