IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| CHERYL J. HOWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO.   04-1324 T/An |
| | ) | |
| ALLEN STRICKLAND, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER FOR PLAINTIFF'S COUNSEL TO SHOW CAUSE
## WHY SANCTIONS SHOULD NOT BE IMPOSED

Before the Court is the parties' Joint Motion to Set Aside Order Granting Motion to Amend Complaint and to Allow Defendants to File a Response to Motion to Amend Complaint filed on December 5, 2005. The Motion seeks to set aside an Order issued by the Court on November 28, 2005 granting the Plaintiff's Motion to Amend Complaint. One of the reasons given by the Court for granting the Plaintiff's motion was the Defendants' failure to respond to the motion as required by the Local Rules. See Local Rule 7.2(a)(2). The Defendants' counsel, however, was not served with a copy of Plaintiff's motion as required by Federal Rule of Civil Procedure 5. Therefore, it is ordered that Plaintiff's counsel shall have ten (10) days from entry of this Order to show cause why sanctions should not be imposed against him for failure to comply with the Federal Rules of Civil Procedure by serving a copy of the Plaintiff's Motion to

This document entered on the docket sheet In compliance with Rule 58 and/or 79 (a) FRCP on 12/28/05

24

Amend Complaint on counsel for all other parties.

**IT IS SO ORDERED.**

*[signature]*

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: December 27, 2005

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 1:04-CV-01324 was distributed by fax, mail, or direct printing on December 28, 2005 to the parties listed.

---

Bradley G. Kirk
CARTER STANFILL & KIRK
25 Natchez Trace Dr.
Lexington, TN 38351

Brandon O. Gibson
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Michael R. Hill
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
1066 South Main Street
Milan, TN 38358

William B. Mauldin
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Honorable James Todd
US DISTRICT COURT